```
JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA  92714
    714-474-2055
Attorneys for the Plaintiff
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | COURT NO: 91 A 12051 |
| v. | DEFAULT JUDGMENT |
| SHEILA DENICE HARRIS<br>A/K/A SHEILA HARRIS | |
| Defendant(s). | |



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from SHEILA DENICE HARRIS the sum of $934.35 as principal, $370.26 as accrued prejudgment interest, $227.00 administrative charges, and $72.50 costs, $280.00 attorney fees for a total amount of $1,884.11 plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JAN 22 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California



Deputy Clerk