COUNTESS PEASE JEFFRIES, #76886
JEFFRIES ADVOCATES LAW OFFICES
485 E. 17th Street, Suite 390
Costa Mesa, CA 92627-3265
714/722-0055

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 91 A 12051 |
| Plaintiff, | |
| vs. | AMENDED JUDGMENT |
| SHEILA DENISE HARRIS aka SHEILA HARRIS, | |
| Defendant | |

IT IS HEREBY ORDERED that the Judgment entered in favor of the United States of America

against SHEILA DENISE HARRIS aka SHEILA HARRIS, entered on Jan. 22, 1992, be

amended to reflect the judgment debtor as SHEILA DENISE HARRIS aka SHEILA HARRIS

aka SHEILA BOYD aka SHEILA MONTE.

IT IS SO ORDERED.

DATED ___Dec 1, 1997___

_____
UNITED STATES DISTRICT JUDGE

_____ Docketed
_____ Mld copy Ptys
_____ Mld Notice Ptys
_____ JS - 6

Request to Amend Judgment